UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ROBERTO GERONIMO ROMERO,<br><br>        Defendant. | SA 07-222M<br><br>ORDER OF DETENTION AFTER HEARING<br>(18 U.S.C. § 3142(i)) |

I.

A. ( ) On motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

    1. (X) serious risk defendant will flee;

    2. ( ) serious risk defendant will

        a. ( ) obstruct or attempt to obstruct justice;

        b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

1                                II.

2      The Court finds no condition or combination of conditions will reasonable assure:

3      A. ( X )   appearance of defendant as required; and/or

4      B. ( ) safety of any person or the community;

5                                III.

6      The Court has considered:

7      A. ( x ) the nature and circumstances of the offense;

8      B. (x) the weight of evidence against the defendant;

9      C. (x) the history and characteristics of the defendant;

10     D. ( ) the nature and seriousness of the danger to any person or to the community.

11                              IV.

12     The Court concludes:

13     A. ( ) Defendant poses a risk to the safety of other persons or the community because:

14

15     B. (x )   History and characteristics indicate a serious risk that defendant will flee because:

16         **Defendant is undocumented.  He has no ties to the community and no bail**

17         **resources.**

18

19     C. ( ) A serious risk exists that defendant will:

20         1. ( )   obstruct  or  attempt to  obstruct  justice;

21         2. ( )   threaten, injure or intimidate a witness/ juror; because:

22

23     D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24         provided in 18 U.S.C. § 3142 (e).

25 ///

26 ///

27 ///

28 ///

1     IT IS ORDERED that defendant be detained prior to trial.

2     IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3 facility separate from persons awaiting or serving sentences or person held pending appeal.

4     IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5 consultation with his counsel.

6

7

8 Dated: August 8, 2007

9

10                                      Marc L. Goldman
                                       U.S. Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28